

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
IRENE RIOS
BETH WATKINS
LIZA A. RODRIGUEZ
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

MICHAEL A. CRUZ,
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

March 20, 2020

Jaime Aldape
Attorney at Law
5511 IH 10 W., Suite 1
San Antonio, TX 78201-2877
* DELIVERED VIA E-MAIL *

Joe D. Gonzales
District Attorney, Bexar County
101 W. Nueva St., Suite 370
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:   04-20-00033-CR
        Trial Court Case Number:   2019CR8548
        Style: Miguel Angel Montez
             v.
        The State of Texas

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
MICHAEL A. CRUZ,
Clerk of Court

Veronica L. Gonzalez
Deputy Clerk, Ext. 5-3220

cc: Kensie Benoit (DELIVERED VIA E-MAIL)
Mary Beth Sasala (DELIVERED VIA E-MAIL)
Barbara Paulissen (DELIVERED VIA E-MAIL)
Alice Gonzales (DELIVERED VIA E-MAIL)
Minnie Cadena (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

March 20, 2020

No. 04-20-00033-CR

Miguel Angel **MONTEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR8548
The Honorable Jennifer Pena, Judge Presiding

# O R D E R

Appellant filed his notice of appeal on January 21, 2020. The clerk's record and reporter's records were therefore due on March 17, 2020. The clerk's record has been filed. One of the three court reporters filed a notice of late record stating that appellant has failed to designate and pay, or make arrangements to pay, for the reporter's record. TEX. R. APP. P. 34.6.

It is therefore ORDERED that appellant provide written proof to this court **within ten days** of the date of this order that the reporter's records have been requested from each of the three court reporters and that either: (1) the fee for preparing each record has been paid or arrangements have been made to pay the fee; or (2) appellant is entitled to appeal without paying the fees. *See* TEX. R. APP. P. 35.3. If appellant fails to respond within the time provided, this appeal will proceed without the benefit of a reporter's record.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of March, 2020.



MICHAEL A. CRUZ,
Clerk of Court

*MINUTES*
Court of Appeals
Fourth Court of Appeals District
San Antonio, Texas

March 20, 2020

No. 04-20-00033-CR

Miguel Angel **MONTEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR8548
The Honorable Jennifer Pena, Judge Presiding

# O R D E R

Appellant filed his notice of appeal on January 21, 2020. The clerk's record and reporter's records were therefore due on March 17, 2020. The clerk's record has been filed. One of the three court reporters filed a notice of late record stating that appellant has failed to designate and pay, or make arrangements to pay, for the reporter's record. TEX. R. APP. P. 34.6.

It is therefore ORDERED that appellant provide written proof to this court **within ten days** of the date of this order that the reporter's records have been requested from each of the three court reporters and that either: (1) the fee for preparing each record has been paid or arrangements have been made to pay the fee; or (2) appellant is entitled to appeal without paying the fees. *See* TEX. R. APP. P. 35.3. If appellant fails to respond within the time provided, this appeal will proceed without the benefit of a reporter's record.

/s/ Liza Rodriguez
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of March, 2020.

/s/ Michael A. Cruz
MICHAEL A. CRUZ,
Clerk of Court

Entered this 20th day of March, 2020.                                    Vol ___ Page ___